UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Karim Ghodbane,<br><br>                        Plaintiff,<br><br>    -against-<br><br>Morgan Stanley, et al.,<br><br>                        Defendants. | 25-cv-5589-JGK<br><br>ORDER OF SERVICE |

JOHN G. KOELTL, United States District Judge:

    The plaintiff, who is proceeding pro se, paid the filing fees to commence this action.

    The Clerk of Court is directed to issue a summons as to the defendants Morgan Stanley, Atos, and Merge IT. The plaintiff is directed to serve the summons and complaint on the defendants within 90 days of issuance of the summons.[1]

    If within those 90 days, the plaintiff has not served the defendants or requested an extension of time to do so, the Court may dismiss the claims against the defendants, under Rules 4 and 41 of the Federal Rules of Civil Procedure, for failure to prosecute.

SO ORDERED.

Dated:    July 14, 2025
            New York, New York

                                                      JOHN G. KOELTL
                                                      United States District Judge

---

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, the summons in this case was not issued when the plaintiff filed the complaint because the plaintiff had not paid the filing fee. The Court therefore extends the time to serve until 90 days after the date the summons is issued.