UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KARIM GHODBANE,

          Plaintiff,

- against -

MORGAN STANLEY, ET AL.,

          Defendants.

25-cv-5589 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to appear, by phone, for a pre-motion conference in connection with the defendants' anticipated motion to dismiss on **Monday, November 3, 2025**, at **4:30 p.m.**

    Dial-in: 646-453-4442, with access code 67527833#.

SO ORDERED.

Dated:    New York, New York
           October 21, 2025

                                                  /s/ John G. Koeltl
                                                  John G. Koeltl
                                          United States District Judge