```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------

KARIM GHODBANE,

                Plaintiff,

      - against -

MORGAN STANLEY, ET AL.,

                Defendants.

------------------------------------------------

25-cv-5589

ORDER

**JOHN G. KOELTL, District Judge:**

    The plaintiff's application for the appointment of counsel is **denied without prejudice**. The plaintiff has failed to show at this time that his claim is likely to have merit.

    The plaintiff is advised that there is a Pro Se Law Clinic available to assist self-represented parties in civil cases. The Clinic may be able to provide a pro se party with advice in connection with their case. The Pro Se Law Clinic is run by a private organization called the City Bar Justice Center; it is not part of, or run by, the Court (and, among other things, therefore cannot accept filings on behalf of the Court, which must still be made by any self-represented party through the Pro Se Intake Unit). Litigants in need of legal assistance should complete the City Bar Justice Center's intake form to make an appointment. If a litigant has questions about the intake form or needs to highlight an urgent deadline already disclosed in the form, the clinic can be contacted by phone at (212) 382-4794 or email at fedprosdny@nycbar.org. In-person appointments in the Thurgood

Marshall Courthouse in Manhattan and the Charles L. Brieant Jr. Federal Building and Courthouse in White Plains are available Monday through Thursday, 10 a.m. to 4 p.m. Appointments are also available remotely Monday through Friday, 10 a.m. to 4 p.m.

**SO ORDERED.**

Dated:   New York, New York
         **November 3, 2025**

_____
John G. Koeltl
United States District Judge