UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KARIM GHODBANE,

                Plaintiff,

    - against -

MORGAN STANLEY, ET AL.,

                Defendants.

---

25-cv-5589 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

On October 21, 2025, the Court directed the parties to appear by telephone for a pre-motion conference in connection with the defendants' anticipated motion to dismiss the plaintiff's complaint. The plaintiff failed to appear for that conference. The defendants therefore may file their motion to dismiss on or before **November 24, 2025.** The plaintiff should respond to the motion by **December 15, 2025.** The defendants may reply by **December 26, 2025.**

SO ORDERED.

Dated:    New York, New York
             November 3, 2025

                                              John G. Koeltl
                                       United States District Judge