UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KARIM GHODBANE,

               Plaintiff,

     - against -

MORGAN STANLEY, ET AL.,

               Defendants.

25-cv-5589 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

On November 20, 2025, the plaintiff requested leave to file an amended complaint pursuant to Federal Rule of Civil Procedure 15(a)(2) in lieu of an opposition to the defendants' motions to dismiss. ECF No. 27. The defendants' motions to dismiss, ECF Nos. 23, 28, are therefore **denied without prejudice** as moot.

The plaintiff may file an amended complaint by **December 15, 2025.** The defendants may answer or respond to the amended complaint by **January 5, 2025.** The plaintiff may file a reply by **January 15, 2025.**

SO ORDERED.

Dated:    New York, New York
         December 5, 2025

                         John G. Koeltl
                  United States District Judge