UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KARIM GHODBANE,

                Plaintiff,

     - against -

MORGAN STANLEY, ET AL.,

              Defendants.

25-cv-5589 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

On December 10, 2025, the Court purported to grant the plaintiff's motion to extend the deadline to file an amended complaint, ECF No. 32, but set a briefing schedule pegged to the original deadline set in the Court's order granting the plaintiff leave to amend, ECF No. 30. The Court therefore revises the schedule as follows: The plaintiff may file an amended complaint by **January 14, 2026.** The defendants may answer or respond to the amended complaint by **February 4, 2026.** The plaintiff may file any response brief by **February 18, 2026.** The defendants may file any reply brief by **March 2, 2026.**

The Court's December 10, 2025 scheduling order, ECF No. 32, is vacated.

SO ORDERED.

Dated:    New York, New York
         December 17, 2025

                         John G. Koeltl
                   United States District Judge